# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: LISS, NEVA E § Case No. 14-83427

§

§

Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code
was filed on November 12, 2014. The undersigned trustee was appointed on November 13, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        8,644.84

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 40.96 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 8,603.88 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/14/2015 and the deadline for filing governmental claims was 05/14/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,614.48. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,614.48, for a total compensation of $1,614.48.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/26/2015          By: /s/MEGAN G. HEEG _____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83427

**Case Name:** LISS, NEVA E

**Period Ending:** 08/26/15

**Trustee:** (330490)   MEGAN G. HEEG

**Filed (f) or Converted (c):** 11/12/14 (f)

**§341(a) Meeting Date:** 12/18/14

**Claims Bar Date:** 05/14/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5309 Briarwood, Woodstock, IL 60098<br>Orig. Description: 5309 Briarwood, Woodstock, IL 60098; Imported from original petition Doc# 1 | 196,000.00 | 0.00 | | 0.00 | FA |
| 2 | available cash<br>Orig. Description: available cash; Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Chase, checking<br>Orig. Description: Chase, checking; Imported from original petition Doc# 1  Acct xxxx3792 | 50.00 | 167.19 | | 167.19 | FA |
| 4 | 1st National Bank McHenry, savings<br>Orig. Description: 1st National Bank McHenry, savings; Imported from original petition Doc# 1   Acct 8001 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Chase, savings<br>Orig. Description: Chase, savings; Imported from original petition Doc# 1   Acct 1123 | 200.00 | 260.15 | | 260.15 | FA |
| 6 | all furniture<br>Orig. Description: all furniture; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | all clothing<br>Orig. Description: all clothing; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | one rifle - not working<br>Orig. Description: one rifle - not working; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | 2001 Chevy Corvette 70,000 miles<br>Orig. Description: 2001 Chevy Corvette 70,000 miles; Imported from original petition Doc# 1 | 10,000.00 | 8,188.00 | | 5,500.00 | FA |
| 10 | Ex-husband to pay $555.55/mo per divorce stlment (u)<br>First disclosed in Amended Schedule B filed 2/10/15 | 0.00 | 5,555.55 | | 2,674.45 | FA |
| 11 | 2013 tax return and 2014 tax refund  (u)<br>First disclosed in Debtor's Amended Schedule B, filed 2/10/15, and in that document  Debtor he stated the return was filed by her ex-husband w/out her | 0.00 | 392.00 | | 43.05 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 14-83427

Case Name:   LISS, NEVA E

Period Ending: 08/26/15

Trustee:   (330490)   MEGAN G. HEEG

Filed (f) or Converted (c):   11/12/14 (f)

§341(a) Meeting Date:   12/18/14

Claims Bar Date:   05/14/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | knowledge, and "would most likely require a payment" and stated she does not expect to receive a 2014 tax refund. | | | | | |
| 12 | 2003 Hyundai Santa Fe (u)<br>First disclosed on Amended Schedule B filed 2/10/15. | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Pedicure tools (first disclosed in Amended B) (u) | 0.00 | 50.00 | | 0.00 | FA |
| 14 | Small Welder -1st disclosed in amended schedules (u)<br>sold before filing, per debtor | 0.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets    Totals** (Excluding unknown values) | **$206,970.00** | **$14,612.89** | | **$8,644.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     November 1, 2015          **Current Projected Date Of Final Report (TFR):**     August 26, 2015  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number:  14-83427
Case Name:    LISS, NEVA E

Taxpayer ID #:  **-***7636
Period Ending:  08/26/15

Trustee:       MEGAN G. HEEG (330490)
Bank Name:     Rabobank, N.A.
Account:       ******6866 - Checking Account
Blanket Bond:  $1,500,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/17/15 | | Neva Liss | Chase checking and savings accounts | | | 427.34 | | 427.34 |
| | {3} | | Chase checking accountxxxx3792 | 167.19 | 1129-000 | | | 427.34 |
| | {5} | | chase savings account 1123 | 260.15 | 1129-000 | | | 427.34 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 417.34 |
| 05/04/15 | {10} | Neva Liss | stream of payments | | 1229-000 | 452.25 | | 869.59 |
| 05/14/15 | {11} | Bonnie Macfarlane, P.C. | additional funds due from debtor | | 1229-000 | 43.05 | | 912.64 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 902.64 |
| 06/11/15 | {10} | James Liss | stream of payments | | 1229-000 | 555.55 | | 1,458.19 |
| 06/19/15 | {9} | Neva E. Liss | 2001 Corvette | | 1129-000 | 5,500.00 | | 6,958.19 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,948.19 |
| 07/06/15 | {10} | James Liss | stream of payments | | 1229-000 | 555.55 | | 7,503.74 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.96 | 7,492.78 |
| 08/03/15 | {10} | James Liss | stream of payment for August, 2015 | | 1229-000 | 555.55 | | 8,048.33 |
| 08/24/15 | {10} | James Liss | stream of payments | | 1229-000 | 555.55 | | 8,603.88 |

|  |  | Receipts | Disbursements | Checking Account Balance |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 8,644.84 | 40.96 | $8,603.88 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 8,644.84 | 40.96 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $8,644.84 | $40.96 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******6866 | 8,644.84 | 40.96 | 8,603.88 |
| | $8,644.84 | $40.96 | $8,603.88 |

{} Asset reference(s)

Printed: 08/26/2015 02:17 PM    V.13.25

# Exhibit C CLAIMS PROPOSED DISTRIBUTION

## Case:  14-83427   LISS, NEVA E

**Case Balance:**   $8,603.88          **Total Proposed Payment:**   $8,603.88          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------|----------------|--------------|---------------|------------------|-----------------|
| NOTFILED | Robert Hopp | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,603.88 |
| NOTFILED | Select Portfolio Servicing, Inc. | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,603.88 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch.  7 | 93.49 | 93.49 | 0.00 | 93.49 | 93.49 | 8,510.39 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch.  7 | 1,500.00 | 1,500.00 | 0.00 | 1,500.00 | 1,500.00 | 7,010.39 |
| | MEGAN G. HEEG <2100-00  Trustee Compensation> | Admin Ch.  7 | 1,614.48 | 1,614.48 | 0.00 | 1,614.48 | 1,614.48 | 5,395.91 |
| 1 | Cavalry SPV I, LLC | Unsecured | 244.81 | 244.81 | 0.00 | 244.81 | 31.98 | 5,363.93 |
| 2 | Cavalry SPV I, LLC | Unsecured | 12,845.24 | 12,845.24 | 0.00 | 12,845.24 | 1,678.18 | 3,685.75 |
| 3 | First American Bank | Unsecured | 20,898.78 | 20,898.78 | 0.00 | 20,898.78 | 2,730.34 | 955.41 |
| 4 | Capital One, N.A. | Unsecured | 1,917.41 | 1,917.41 | 0.00 | 1,917.41 | 250.50 | 704.91 |
| 5 | LVNV Funding, LLC its successors and assigns as | Unsecured | 1,917.55 | 1,917.55 | 0.00 | 1,917.55 | 250.52 | 454.39 |
| 6 | Portfolio Recovery Associates, LLC | Unsecured | 3,478.00 | 3,478.00 | 0.00 | 3,478.00 | 454.39 | 0.00 |
| NOTFILED | American Express | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Blatt Hasenmiller Leibsaker Moore | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Campion, Curran, Lamb & Cunabaugh | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Capital One | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Capital One | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Capital One.MAHA | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chase | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Codilis & Associates, P.C. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Comcast Cable | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Credit One Bank NA | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Case 14-83427   Doc 67   Filed 09/28/15   Entered 09/28/15 14:37:34   Desc Main
Document      Page 7 of 10
Printed:  08/26/15 02:17 PM

Page:  2

## Exhibit C CLAIMS PROPOSED DISTRIBUTION

### Case:  14-83427   LISS, NEVA E

| Case Balance: | $8,603.88 | | Total Proposed Payment: | $8,603.88 | | Remaining Balance: | $0.00 | |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | First American Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | LVNV Funding LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Portfolio Recovery Assoc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SYNCB/Old Navy | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SYNCB/Old Navy DC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SYNCB/jcp | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Select Portfolio Servicing | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sellar Recovery Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total for Case 14-83427 :** | | | **$44,509.76** | **$44,509.76** | **$0.00** | **$44,509.76** | **$8,603.88** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $3,207.97 | $3,207.97 | $0.00 | $3,207.97 | 100.000000% |
| Total Secured Claims : | $0.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $41,301.79 | $41,301.79 | $0.00 | $5,395.91 | 13.064591% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-83427
Case Name: LISS, NEVA E
Trustee Name: MEGAN G. HEEG

**Balance on hand:**                          $            8,603.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:      $            0.00
Remaining balance:                          $            8,603.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,614.48 | 0.00 | 1,614.48 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1,500.00 | 0.00 | 1,500.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 93.49 | 0.00 | 93.49 |

Total to be paid for chapter 7 administration expenses:      $            3,207.97
Remaining balance:                          $            5,395.91

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:      $            0.00
Remaining balance:                          $            5,395.91

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00

Remaining balance:   $   5,395.91

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,301.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 244.81 | 0.00 | 31.98 |
| 2 | Cavalry SPV I, LLC | 12,845.24 | 0.00 | 1,678.18 |
| 3 | First American Bank | 20,898.78 | 0.00 | 2,730.34 |
| 4 | Capital One, N.A. | 1,917.41 | 0.00 | 250.50 |
| 5 | LVNV Funding, LLC its successors and assigns as | 1,917.55 | | 250.52 |
| 6 | Portfolio Recovery Associates, LLC | 3,478.00 | 0.00 | 454.39 |

Total to be paid for timely general unsecured claims:   $   5,395.91

Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:     $            0.00

Remaining balance:                          $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $            0.00

Remaining balance:                          $            0.00

**UST Form 101-7-TFR (05/1/2011)**