UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: LISS, NEVA E § Case No. 14-83427
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/09/2015 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 08/26/2015    By: /s/MEGAN G. HEEG
                                            Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: LISS, NEVA E § Case No. 14-83427
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,644.84 |
| *and approved disbursements of* | $ 40.96 |
| *leaving a balance on hand of* [1] | $ 8,603.88 |

**Balance on hand:** $ 8,603.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,603.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,614.48 | 0.00 | 1,614.48 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1,500.00 | 0.00 | 1,500.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 93.49 | 0.00 | 93.49 |

Total to be paid for chapter 7 administration expenses: $ 3,207.97
Remaining balance: $ 5,395.91

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

      Total to be paid for prior chapter administrative expenses:   $    0.00
      Remaining balance:   $    5,395.91

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

      Total to be paid for priority claims:   $    0.00
      Remaining balance:   $    5,395.91

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,301.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 244.81 | 0.00 | 31.98 |
| 2 | Cavalry SPV I, LLC | 12,845.24 | 0.00 | 1,678.18 |
| 3 | First American Bank | 20,898.78 | 0.00 | 2,730.34 |
| 4 | Capital One, N.A. | 1,917.41 | 0.00 | 250.50 |
| 5 | LVNV Funding, LLC its successors and assigns as | 1,917.55 | 0.00 | 250.52 |
| 6 | Portfolio Recovery Associates, LLC | 3,478.00 | 0.00 | 454.39 |

      Total to be paid for timely general unsecured claims:   $    5,395.91
      Remaining balance:   $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-83427-TML
Neva E Liss                                                             Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 2            Date Rcvd: Sep 28, 2015
                              Form ID: pdf006          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2015.
```
db          +Neva E Liss,    28982 W. Big Hollow Road, Apt. 2C,    McHenry, IL 60051-7374
22624381    +American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
22624382    +Blatt Hasenmiller Leibsaker Moore,    10 S LaSaqlle St., Ste 2200,    Chicago, IL 60603-1069
22624387   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     PO Box 85520,    Richmond, VA 23285)
22624384     Campion, Curran, Lamb & Cunabaugh,    8600 US Highway 14; Suite 201,
              Crystal Lake, IL 60012-2700
22624386    +Capital One,    PO Box 5253,    Carol Stream, IL 60197-5253
23274435     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22624390    +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
22624391     Codilis & Associates, P.C.,    15 W 030 N. Frontage Rd., Ste. #100,    Willowbrook, IL 60527
22624392     Comcast Cable,    PO Box 3002,    Southeastern, PA 19398-3002
22624394    +First American Bank,    700 Busse Road,    Elk Grove Village, IL 60007-2133
23261343    +First American Bank,    80 Stratford Drive,    Bloomingdale, IL 60108-2219
22624396     Kohl's / Cap One,    N156 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051
22624399    +Robert Hopp,    28982 W. Big Hollow Road,    McHenry, IL 60051-7374
22624400    +Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
22624401     Select Portfolio Servicing, Inc.,     PO Box 65450,    Salt Lake City, UT 84165-0450
22624402    +Sellar Recovery Inc.,    4500 Salisbury Rd., Ste. #10,    Jacksonville, FL 32216-0959
22624406   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    101 5th St., E. Ste. A,    Saint Paul, MN 55101)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22624383    +E-mail/Text: bankruptcy@cavps.com Sep 29 2015 01:16:32     Calvary Portfolio Services,
              PO Box 27288,    Tempe, AZ 85285-7288
22918883    +E-mail/Text: bankruptcy@cavps.com Sep 29 2015 01:16:32     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
22624393    +E-mail/Text: creditonebknotifications@resurgent.com Sep 29 2015 01:15:17      Credit One Bank NA,
              PO Box 98875,    Las Vegas, NV 89193-8875
22624397    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2015 01:24:33     LVNV Funding LLC,
              PO Box 10497,    Greenville, SC 29603-0497
23278335     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2015 01:24:34
              LVNV Funding, LLC its successors and assigns as,    assignee of Capital One, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
22624398     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2015 01:24:56
              Portfolio Recovery Assoc.,    120 Corporate Blvd., Ste. #1,    Norfolk, VA 23502
23287567     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2015 01:24:55
              Portfolio Recovery Associates, LLC,    Successor to U.S. BANK NATIONAL ASSOCIAT,    POB 41067,
              Norfolk, VA 23541
22624404    +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2015 01:25:16     SYNCB/Old Navy,    PO Box 965005,
              Orlando, FL 32896-5005
22624405    +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2015 01:24:32     SYNCB/Old Navy DC,
              PO Box 965005,    Orlando, FL 32896-5005
22624403    +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2015 01:25:16     SYNCB/jcp,    PO Box 965007,
              Orlando, FL 32896-5007
                                                                                              TOTAL: 10
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
22624395*    +First American Bank,    700 Busse Road,    Elk Grove Village, IL 60007-2133
22624385    ##+Capital One,    26525 N. Riverwoods Blavd.,    Lake Forest, IL 60045-3438
22624388    ##+Capital One - Menards,    26525 N. Riverwoods Blvd.,    Lake Forest, IL 60045-3438
22624389    ##+Capital One.MAHA,    26525 N. Riverwoods Blvd.,    Lake Forest, IL 60045-3438
                                                                                 TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: kkrystave            Page 2 of 2              Date Rcvd: Sep 28, 2015
                              Form ID: pdf006            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2015                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2015 at the address(es) listed below:
          Bonnie L Macfarlane    on behalf of Debtor Neva E Liss maclawfirm@aol.com
          Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
          Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com, IL55@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Rocio  Herrera    on behalf of Creditor   U.S. Bank National Association, successor trustee to
           Wachovia Bank, National Association, as trustee, in trust for the J.P. Morgan Alternative Loan
           Trust 2005-S1, holders of Mortgage Pass-Through Cert rocio@johnsonblumberg.com,
           bkecfnotices@johnsonblumberg.com
                                                                                               TOTAL: 5
```