**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: LISS, NEVA E                                    § Case No. 14-83427
                                                       §
                                                       §
Debtor(s)                                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $196,720.00                   Assets Exempt: $3,270.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,395.91      Claims Discharged
                                                Without Payment: $429,277.60

Total Expenses of Administration: $3,248.93

---

   3) Total gross receipts of $ 8,644.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,644.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $245,664.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,248.93 | 3,248.93 | 3,248.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 433,881.72 | 41,301.79 | 41,301.79 | 5,395.91 |
| **TOTAL DISBURSEMENTS** | $679,545.72 | $44,550.72 | $44,550.72 | $8,644.84 |

4) This case was originally filed under Chapter 7 on November 12, 2014. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2015         By: /s/MEGAN G. HEEG
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase, checking | 1129-000 | 167.19 |
| Chase, savings | 1129-000 | 260.15 |
| 2001 Chevy Corvette 70,000 miles | 1129-000 | 5,500.00 |
| Ex-husband to pay $555.55/mo per divorce stlment | 1229-000 | 2,674.45 |
| 2013 tax return and 2014 tax refund | 1229-000 | 43.05 |
| **TOTAL GROSS RECEIPTS** | | **$8,644.84** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Select Portfolio Servicing, Inc. | 4110-000 | 240,664.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert Hopp | 4110-000 | 5,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$245,664.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,614.48 | 1,614.48 | 1,614.48 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 93.49 | 93.49 | 93.49 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.96 | 10.96 | 10.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,248.93 | $3,248.93 | $3,248.93 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | 245.00 | 244.81 | 244.81 | 31.98 |
| 2 | Cavalry SPV I, LLC | 7100-000 | 12,000.00 | 12,845.24 | 12,845.24 | 1,678.18 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | First American Bank | 7100-000 | 18,548.00 | 20,898.78 | 20,898.78 | 2,730.34 |
| 4 | Capital One, N.A. | 7100-000 | 1,917.00 | 1,917.41 | 1,917.41 | 250.50 |
| 5 | LVNV Funding, LLC its successors and assigns as | 7100-000 | 3,500.00 | 1,917.55 | 1,917.55 | 250.52 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 4,300.00 | 3,478.00 | 3,478.00 | 454.39 |
| NOTFILED | First American Bank | 7100-000 | 18,548.00 | N/A | N/A | 0.00 |
| NOTFILED | LVNV Funding LLC | 7100-000 | 1,999.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit One Bank NA | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recovery Assoc. | 7100-000 | 3,915.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Cable | 7100-000 | 318.04 | N/A | N/A | 0.00 |
| NOTFILED | Sellar Recovery Inc. | 7100-000 | 318.00 | N/A | N/A | 0.00 |
| NOTFILED | Codilis & Associates, P.C. | 7100-000 | 95,279.62 | N/A | N/A | 0.00 |
| NOTFILED | SYNCB/Old Navy DC | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | SYNCB/Old Navy | 7100-000 | 247.00 | N/A | N/A | 0.00 |
| NOTFILED | Select Portfolio Servicing | 7100-000 | 240,684.00 | N/A | N/A | 0.00 |
| NOTFILED | SYNCB/jcp | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 505.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 6,890.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 5,222.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 415.00 | N/A | N/A | 0.00 |
| NOTFILED | Campion, Curran, Lamb & Cunabaugh | 7100-000 | 1,816.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One.MAHA | 7100-000 | 10,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt Hasenmiller Leibsaker Moore | 7100-000 | 3,915.06 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$433,881.72** | **$41,301.79** | **$41,301.79** | **$5,395.91** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83427  **Trustee:** (330490)  MEGAN G. HEEG
**Case Name:** LISS, NEVA E  **Filed (f) or Converted (c):** 11/12/14 (f)
**§341(a) Meeting Date:** 12/18/14
**Period Ending:** 12/11/15  **Claims Bar Date:** 05/14/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5309 Briarwood, Woodstock, IL 60098<br>Orig. Description: 5309 Briarwood, Woodstock, IL 60098; Imported from original petition Doc# 1 | 196,000.00 | 0.00 | | 0.00 | FA |
| 2 | available cash<br>Orig. Description: available cash; Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Chase, checking<br>Orig. Description: Chase, checking; Imported from original petition Doc# 1  Acct xxxx3792 | 50.00 | 167.19 | | 167.19 | FA |
| 4 | 1st National Bank McHenry, savings<br>Orig. Description: 1st National Bank McHenry, savings; Imported from original petition Doc# 1  Acct 8001 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Chase, savings<br>Orig. Description: Chase, savings; Imported from original petition Doc# 1  Acct 1123 | 200.00 | 260.15 | | 260.15 | FA |
| 6 | all furniture<br>Orig. Description: all furniture; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | all clothing<br>Orig. Description: all clothing; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | one rifle - not working<br>Orig. Description: one rifle - not working; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | 2001 Chevy Corvette 70,000 miles<br>Orig. Description: 2001 Chevy Corvette 70,000 miles; Imported from original petition Doc# 1 | 10,000.00 | 8,188.00 | | 5,500.00 | FA |
| 10 | Ex-husband to pay $555.55/mo per divorce stlment (u)<br>First disclosed in Amended Schedule B filed 2/10/15 | 0.00 | 5,555.55 | | 2,674.45 | FA |
| 11 | 2013 tax return and 2014 tax refund  (u)<br>First disclosed in Debtor's Amended Schedule B, filed 2/10/15, and in that document  Debtor he stated | 0.00 | 392.00 | | 43.05 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-83427  
**Case Name:** LISS, NEVA E  

**Period Ending:** 12/11/15

**Trustee:** (330490)  MEGAN G. HEEG  
**Filed (f) or Converted (c):** 11/12/14 (f)  
**§341(a) Meeting Date:** 12/18/14  
**Claims Bar Date:** 05/14/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | the return was filed by her ex-husband w/out her knowledge, and "would most likely require a payment" and stated she does not expect to receive a 2014 tax refund. | | | | | |
| 12 | 2003 Hyundai Santa Fe  (u)<br>    First disclosed on Amended Schedule B filed 2/10/15. | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Pedicure tools (first disclosed in Amended B)  (u) | 0.00 | 50.00 | | 0.00 | FA |
| 14 | Small Welder -1st disclosed in amended schedules (u)<br>    sold before filing, per debtor | 0.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets**    **Totals** (Excluding unknown values) | **$206,970.00** | **$14,612.89** | | **$8,644.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    November 1, 2015    **Current Projected Date Of Final Report (TFR):**    August 26, 2015  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-83427  
**Case Name:** LISS, NEVA E  
**Taxpayer ID #:** **-***7636  
**Period Ending:** 12/11/15  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6866 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/17/15 | | Neva Liss | Chase checking and savings accounts | | 427.34 | | 427.34 |
| | {3} | | Chase checking account xxxx3792   167.19 | 1129-000 | | | 427.34 |
| | {5} | | chase savings account 1123   260.15 | 1129-000 | | | 427.34 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 417.34 |
| 05/04/15 | {10} | Neva Liss | stream of payments | 1229-000 | 452.25 | | 869.59 |
| 05/14/15 | {11} | Bonnie Macfarlane, P.C. | additional funds due from debtor | 1229-000 | 43.05 | | 912.64 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 902.64 |
| 06/11/15 | {10} | James Liss | stream of payments | 1229-000 | 555.55 | | 1,458.19 |
| 06/19/15 | {9} | Neva E. Liss | 2001 Corvette | 1129-000 | 5,500.00 | | 6,958.19 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,948.19 |
| 07/06/15 | {10} | James Liss | stream of payments | 1229-000 | 555.55 | | 7,503.74 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.96 | 7,492.78 |
| 08/03/15 | {10} | James Liss | stream of payment for August, 2015 | 1229-000 | 555.55 | | 8,048.33 |
| 08/24/15 | {10} | James Liss | stream of payments | 1229-000 | 555.55 | | 8,603.88 |
| 11/10/15 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $1,614.48, Trustee Compensation;  Reference: | 2100-000 | | 1,614.48 | 6,989.40 |
| 11/10/15 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $1,500.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,500.00 | 5,489.40 |
| 11/10/15 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $93.49, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 93.49 | 5,395.91 |
| 11/10/15 | 104 | Cavalry SPV I, LLC | Dividend paid 13.06% on $244.81; Claim# 1; Filed: $244.81; Reference: XXXXXXXX | 7100-000 | | 31.98 | 5,363.93 |
| 11/10/15 | 105 | Cavalry SPV I, LLC | Dividend paid 13.06% on $12,845.24; Claim# 2; Filed: $12,845.24; Reference: XXXXXXX6XXX | 7100-000 | | 1,678.18 | 3,685.75 |
| 11/10/15 | 106 | First American Bank | Dividend paid 13.06% on $20,898.78; Claim# 3; Filed: $20,898.78; Reference: XXXXX2XXX | 7100-000 | | 2,730.34 | 955.41 |
| 11/10/15 | 107 | Capital One, N.A. | Dividend paid 13.06% on $1,917.41; Claim# 4; Filed: $1,917.41; Reference: XXXXXXXXXXXXXXX | 7100-000 | | 250.50 | 704.91 |
| 11/10/15 | 108 | LVNV Funding, LLC its successors and assigns as | Dividend paid 13.06% on $1,917.55; Claim# 5; Filed: $1,917.55; Reference: XXXXXXXXXXX4XXX | 7100-000 | | 250.52 | 454.39 |
| 11/10/15 | 109 | Portfolio Recovery Associates, LLC | Dividend paid 13.06% on $3,478.00; Claim# 6; Filed: $3,478.00; Reference: XXXXXXX0XXX | 7100-000 | | 454.39 | 0.00 |

Subtotals :    $8,644.84    $8,644.84

{} Asset reference(s)

Printed: 12/11/2015 08:58 AM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 14-83427 | **Trustee:** MEGAN G. HEEG (330490) |
| **Case Name:** LISS, NEVA E | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******6866 - Checking Account |
| **Taxpayer ID #:** **-***7636 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 12/11/15 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 8,644.84 | 8,644.84 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,644.84 | 8,644.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,644.84** | **$8,644.84** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******6866** | 8,644.84 | 8,644.84 | 0.00 |
| | **$8,644.84** | **$8,644.84** | **$0.00** |

{} Asset reference(s)    Printed: 12/11/2015 08:58 AM    V.13.25